**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00506-CV
_____

## IN THE INTEREST OF S.B., A CHILD

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-68803**

## O R D E R

The brief of appellants, J.B. and D.B., was due October 19, 2020. No brief or motion for extension of time has been filed. Unless appellants file a brief with this court on or before **November 18, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.